UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


THE CHAMBERLAIN GROUP, INC.,
a Connecticut Corporation and
JOHNSON CONTROLS INTERIORS, LLC,
a Michigan Limited Liability Company,

        Plaintiffs,

v.

LEAR CORPORATION,

        Defendant.
        _____/

Case No. 1:09-mc-131
Hon. Gordon J. Quist

(Civil Action 1:05-cv-3449
Pending in USDC-N.D. Ill.)

## NOTICE AND ORDER FOR TERMINATION
## OF PROCEEDING

        This matter arises in this court solely out of plaintiff's motion to enforce a subpoena duces tecum against a third party, Kurt Dykema, in an underlying patent infringement action pending in the Northern District of Illinois. The proceeding in this court was instituted on December 31, 2009. On February 24, 2010, a hearing on the motion was held in this court, and the motion was **GRANTED** on the record at the conclusion of the hearing.

        This matter now appearing to have been resolved in its entirely insofar as this court is concerned, all parties are hereby NOTIFIED that the case in this court will be closed ten (10) days from the date of this Order, without further notice, in the absence of one or more of the parties notifying the court that further proceedings are necessary.

**IT IS SO ORDERED.**


Dated:  June 9, 2010                                          /s/ Hugh W. Brenneman, Jr.
                                                              HUGH W. BRENNEMAN, JR.
                                                              United States Magistrate Judge